UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 17-8793-DMG (PLAx)** | Date April 11, 2018 |
| Title *Richard Conn v. LG Electronics, U.S.A., Inc., et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

    In light of the parties' Stipulation Dismissing Plaintiff's First Amended Complaint filed on April 10, 2018 [Doc. # 32], the Court hereby **DISMISSES** this action with prejudice. Defendant's Motion to Dismiss First Amended Complaint [Doc. # 23] is DENIED as moot. The hearing on May 11, 2018 is VACATED.

IT IS SO ORDERED.